CHARLES S. FAIRCHILD et al., as Executors of MARY A. EDSON, Deceased, Respondents, *v.* MARGARET B. EDSON, Individually and as Executrix of MARMONT B. EDSON, Deceased, Impleaded, etc., Appellant, et al., Appellants and Respondents.

MARGARET B. EDSON, Individually and as Executrix of MARMONT B. EDSON, Deceased, Appellant, *v.* JOHN A. BARTOW et al., Executors of MARY A. EDSON, Deceased, Appellants, Impleaded with WILLIAM R. HUNTINGTON et al., Respondents.

(Submitted December 6, 1897; decided December 14, 1897.)

MOTION for reargument denied, without costs. (See 154 N. Y. 199.)

---

RICHARD A. McNEELEY, Respondent, *v.* JOHN WELZ and CHARLES ZERWECK, Appellants, Impleaded with HENRY W. MICHELL et al.

Reported below, 20 App. Div. 566.
(Argued December 6, 1897; decided December 14, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 11, 1897, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the exceptions are frivolous and that the decision of the Appellate Division was unanimous.

*E. D. Benedict* for motion.

*M. Hallheimer* opposed.

Motion denied, with ten dollars costs.